608

**Merle MOORE**

v.

**FISH ENGINEERING CORPORATION.**

**No. 4946.**

United States Court of Appeals,
Tenth Circuit.

Nov. 2, 1954.

Payne H. Ratner, Payne H. Ratner, Jr., and Keith Eales, Wichita, Kan., for appellant.

Robert C. Foulston, and Malcolm Miller, Wichita, Kan., for appellee.

Before PHILLIPS, Chief Judge, and KNOUS, District Judge.

PER CURIAM.

Appeal dismissed pursuant to stipulation of the parties.

**Ottis PERRY**

v.

**Campbell McDOUGALL, Sheriff of Fremont County, Wyoming.**

**No. 4977.**

United States Court of Appeals,
Tenth Circuit.

Nov. 15, 1954.

John J. Spriggs, Sr., and John J. Spriggs, Jr., Lander, Wyo., for appellant.

W. A. Smith, County and Prosecuting Atty., Fremont County, Lander, Wyo., for appellee.

Before PHILLIPS, Chief Judge, and BRATTON and PICKETT, Circuit Judges.

PER CURIAM.

Affirmed without written opinion.

**Joseph Herman WAGSTAFF**

v.

**UNITED STATES of America.**

**No. 5045.**

United States Court of Appeals,
Tenth Circuit.

Dec. 7, 1954.

Edward M. Garrett and Ben D. Browning, Salt Lake City, Utah, for appellant.

A. Pratt Kesler, U. S. Atty., and C. Nelson Day, Asst. U. S. Atty., Salt Lake City, Utah, for appellee.

Before PHILLIPS, Chief Judge, and MURRAH and PICKETT, Circuit Judges.

PER CURIAM.

Order reducing bail entered without written opinion.